NJC:dy
AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ERIC SCOTT PETERSON | **FILED UNDER SEAL PURSUANT TO ORDER**<br><br>Case No.  24-mj-866 JTH |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay _Eric Scott Peterson_
who is accused of an offense or violation based on the following document filed with the court:

___ Indictment      ___ Superseding Indictment      ___ Information      ___ Superseding Information      _X_ Complaint
___ Probation Violation Petition      ___ Supervised Release Violation Petition      ___ Violation Notice      ___ Order of the Court

On or about December 17, 2024, in the State and District of Minnesota, the defendant, Eric Scott Peterson,

did in the commission of an unlawful act, not amounting to a felony, or in the commission in an unlawful manner, or without due caution and circumspection, of a lawful act which might produce death, unlawfully kill another human being, without malice,

All in violation of Title 18, United States Code, Section 1112(a).

Date:  December 20, 2024

_Issuing officer's signature_

City and State: BEMIDJI, MN

The Honorable Jon T. Huseby
United States Magistrate Judge
_Printed Name and Title_

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____     _Arresting officer's signature_     _Printed name and title_ |