UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 24-mj-866 JTH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ERIC SCOTT PETERSON,

        Defendant.

**FILED UNDER SEAL PURSUANT TO ORDER**

**MOTION TO SEAL**

The United States of America, by its attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and Nichole J. Carter, Assistant United States Attorney, respectfully submits this motion to file the Complaint and accompanying Affidavit of Special Agent, Steve Noldin, under seal.

The United States seeks to seal the Complaint and affidavit because the defendant, Eric Scott Peterson, is not yet in federal custody. Law enforcement officers investigating this case have expressed serious concern that if the Complaint and Affidavit are made public, and Eric Scott Peterson is alerted of his impending arrest on the federal warrant, there is a safety risk to Eric Scott Peterson and law enforcement taking him into federal custody.

Dated: December 20, 2024

Respectfully submitted,

ANDREW M. LUGER
United States Attorney

BY: *s/ Nichole J. Carter*
NICHOLE J. CARTER
Assistant U.S. Attorney