UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 24-mj-866 JTH

UNITED STATES OF AMERICA,

                Plaintiff,          **FILED UNDER SEAL**

    v.                         **PURSUANT TO ORDER**

ERIC SCOTT PETERSON,        **ORDER TO SEAL**

                Defendant.

The United States submitted a motion requesting that the Court seal the Complaint and accompanying Affidavit in the above-referenced case until the defendant, Eric Scott Peterson, is arrested on a federal warrant, which is tentatively scheduled for December 30, 2024. The Court determines that good cause exists to allow the request for temporarily sealing.

Accordingly, IT IS HEREBY ORDERED that the United States' motion to seal is GRANTED.

December 20, 2024
_____
Dated

_____
The Honorable Jon T. Huseby
United States Magistrate Judge