IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: JOHN F. DOCHERTY |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:           24-mj-866 JTH |
| | ) | Date:                December 23, 2024 |
| Eric Scott Peterson, | ) | Video Conference |
| | ) | Time Commenced:   1:04 p.m. |
| Defendant, | ) | Time Concluded:    1:23 p.m. |
| | | Time in Court:   19 minutes |

## APPEARANCES:

Plaintiff: Nichole Carter, Assistant U.S. Attorney
Defendant: Jean Brandl, Assistant Federal Public Defender
            X FPD        X To be appointed

Date Charges Filed: 12/20/2024      Offense: Committed unvoluntary manslaughter.

X Advised of Rights

on X Complaint

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

X Government moves to unseal the case.      X Granted

Additional Information:
X Defendant consents to this hearing via video conference.
X Oral Rule 5(f) Brady notice read on the record.

                                                    _s/aln_____
                                                    Signature of Courtroom Deputy